Case 5:26-cv-01372-JWH-AYP    Document 1    Filed 03/23/26    Page 1 of 4    Page ID #:1

ROB BONTA
Attorney General of California
MARISA KIRSCHENBAUER
Supervising Deputy Attorney General
CHRISTOPHER DUGAN
Deputy Attorney General
State Bar No. 349101
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3602
  Fax:  (415) 703-5843
  E-mail:  Christopher.Dugan@doj.ca.gov
*Attorneys for Defendants A. Davila,
F. Aguirre, and R. Paredes*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL J. MASTERSON,** | Case No. 26-1372 |
| Plaintiff, | **DEFENDANTS' NOTICE OF REMOVAL** |
| **v.** | |
| **ARTURO DAVILA, et al.,** | |
| Defendants. | |

**TO THE COURT AND PLAINTIFF DANIEL J. MASTERSON, *PRO SE*:**

**PLEASE TAKE NOTICE** that A. Davila, F. Aguirre, and R. Paredes (Defendants) hereby remove this action from the Superior Court of the State of California, County of San Bernardino to the United States District Court for the Central District of California, Eastern Division, under 28 U.S.C. §§ 1441(a) and 1446.  Removal is based on the original jurisdiction of the district court under 28 U.S.C. § 1331 as follows:

1

**STATEMENT OF JURISDICTION AND BASIS FOR REMOVAL**

Federal question jurisdiction exists in this Court under 28 U.S.C. § 1331 because Plaintiff's complaint alleges a violation of the First Amendment to the United States Constitution.  (*See* Complaint, Ex. A at pp. 4, 17-18.)  *Caterpillar Inc. v. Williams*, 482 U.S. 386, 397 (1987) (federal jurisdiction exists when federal question is presented on the face of plaintiff's complaint).

**VENUE**

Venue is proper in the Eastern Division of this Court because the events which are the subject of this action occurred at California Institution for Men (CIM), Chino, which is located in San Bernardino County.  *See* U.S.C. §§ 84(b), 1391(b)(2), 1446(a).

**PLEADINGS AND PROCESS**

On November 14, 2025, Plaintiff filed a complaint in San Bernardino County Superior Court, entitled *Daniel J. Masterson (H22514) v. Arturo Davila, et al..*, case number CIVRS2509688. A true and correct copy of the complaint is attached as Exhibit A.

**TIMELINESS OF REMOVAL**

This Notice of Removal is timely filed within thirty days of the date Defendants received the complaint.  28 U.S.C. § 1446(b).

**NOTICE TO PLAINTIFF AND STATE COURT**

In compliance with 28 U.S.C. § 1446(d), Defendants are concurrently providing written notice of this removal to Plaintiff and filing a copy of this Notice of Removal with the clerk of the San Bernardino County Superior Court.

**REQUEST FOR SCREENING**

Defendants request that the Court screen Plaintiff's complaint under 28 U.S.C. § 1915A(a)-(b).  If any part of Plaintiff's complaint survives the Court's screening, Defendants request thirty days from the Court's screening order to file a response to the complaint.

2

Dated:  March 23, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
MARISA KIRSCHENBAUER
Supervising Deputy Attorney General

_____
CHRISTOPHER DUGAN
Deputy Attorney General
*Attorneys for Defendants A. Davila,
F. Aguirre, and R. Paredes*

LA2026400531/45006599.docx

3

# CERTIFICATE OF SERVICE

Case Name:  ***Daniel Masterson (H22514) v. Arturo Davila, et al.***
Case No.    **26-1372**

I hereby certify that on <u>March 23, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### DEFENDANTS' NOTICE OF REMOVAL with Exhibit A

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On <u>March 23, 2026</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Daniel J. Masterson, H22514
California Institution for Men
P.O. Box 128
Chino, CA 91708

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>March 23, 2026</u>, at San Francisco, California.

| G. Pang | |
| --- | --- |
| Declarant | Signature |

LA2026400531/45006521.docx